

IN THE
TENTH COURT OF APPEALS

No. 10-12-00047-CV

IN THE INTEREST OF R.P. AND E.A.P., CHILDREN,

From the 264th District Court
Bell County, Texas
Trial Court No. 250472-D

MEMORANDUM  OPINION

Appellant has filed a motion to dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1). It states that Appellant mistakenly appealed to this Court when, because he was appealing from a district court in Bell County, he should have appealed to the Third Court of Appeals.[1]

Because this Court lacks jurisdiction of an appeal from a district court in Bell County, which is within the jurisdiction of the Third Court of Appeals, we grant Appellant's motion in part and dismiss this appeal for lack of jurisdiction.  *See* TEX. GOV'T. CODE ANN. §§ 22.220(a), 22.201(c, k) (West Supp. 2011).

---

[1] The Court notified Appellant of the jurisdictional problem in a February 14, 2012 letter.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted in part; appeal dismissed
Opinion delivered and filed February 22, 2012
[CV06]